**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tri-State Hospital Supply Corporation | 05-MBD-10026 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| TWP Marketing, Inc. | First Execution |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Property to seize: All molds, books, records, and all other personal property as provided in the First Execution, dated May 10, 2005.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 159 Rangeway Rd., North Billerica, MA 01862

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Foster Zack & Lowe, P.C.
Scott A. Breen
P.O. Box 27337
Lansing, MI 48909-7337

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

TWP Marketing, Inc. is storing its property at the address above. Spir-It, Inc. is believed to be the owner of the real property

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 517-706-5795   DATE: 5/18/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 39 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/24/05 |
|---|---|---|---|---|---|
| (Sign only first USM 285 if more than one USM 285 is submitted) 1 | | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service    Time    am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 360.00 | 20.81 | — | 380.81 | 59.60 | $321.21 | |

REMARKS:
5/27/05  TWP Marketing Inc does not store property at 159 Rangeway Rd, Billerica, MA. This property is owned by Hyster New England who have never heard of TWP Marketing. Spirits, Inc is now located in Andover, MA and no longer deal with TWP. They believe TWP may be located in OHIO.
4 hrs
2 DUSM

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)